# IN THE SUPREME COURT OF THE STATE OF NEVADA

COURTNEY BRONSTHORPE THOMAS,
Appellant,
vs.
ISIDRO BACA, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER,
Respondent.

No. 72450

**FILED**

MAY 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of the district court dismissing and denying a postconviction petition for a writ of habeas corpus. Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on October 12, 2016. The district court served notice of entry of that order on appellant on October 13, 2016. Appellant did not file the notice of appeal, however, until February 17, 2017, well after the expiration of the thirty-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James Todd Russell, District Judge
Courtney Bronsthorpe Thomas
Attorney General/Carson City
Carson City Clerk